**UNITED STATES DISTRICT COURT**     **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| TYLER LOPEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:24-CV-192 |
| | § | |
| TOM SELMAN, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Petitioner Tyler Lopez, a prisoner previously confined at the Shelby County Jail, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On June 30, 2025, the magistrate judge recommended denying Petitioner's Motion for Preliminary Injunction and Temporary Restraining Order. To date, the parties have not filed objections to the Report and Recommendation.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#20) is

**ADOPTED**.  Petitioner's Motion for Preliminary Injunction and Temporary Restraining Order

(#6) is **DENIED**.

SIGNED at Beaumont, Texas, this 1st day of August, 2025.


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE